UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUSTIN MEYERS, et al.,
    Plaintiffs,

vs.                                    Case No.:  3:24cv00028/MCR/ZCB

JEFFREY BROWN, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 3, 2024. (Doc. 8). The Court furnished the plaintiffs a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 8) is adopted and incorporated by reference in this order.

2.      Plaintiffs' amended complaint (Doc. 7) is **DISMISSED** as an impermissible shotgun pleading.

3.      The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 4th day of June 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**